NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBERT ROBINSON,                        )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-3685
                                        )
DAVID KEITH OAKS,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed November 6, 2019.

Appeal from the Circuit Court for
Sarasota County; Frederick P. Mercurio,
Judge.

Albert Robinson, pro se.

David K. Oaks of David K. Oaks, P.A.,
Punta Gorda, for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, BADALAMENTI, and SMITH, JJ., Concur.